JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** DEA
**City** Norwood
**County** Norfolk

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number  24-MJ-8100
Search Warrant Case Number  24-MJ-8255; 23_MJ-8211
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   [ ] Yes  [✓] No

**Defendant Information:**
**Defendant Name:** Jese Alberto Hernandez Mendoza  **Juvenile:** [ ] Yes [✓] No
Is this person an attorney and/or a member of any state/federal bar:  [ ] Yes [✓] No
**Alias Name:** Eduardo
**Address:** 13452 Hutchcroft Street, La Puente, California 91746
**Birth date (Yr only):** 1982  **SSN (last 4#):** ___  **Sex:** M  **Race:** H  **Nationality:** Mexico
**Defense Counsel if known:** Aviva Jeruchim  **Address:** 50 Congress Street, Suite 615, Boston, MA 02109
**Bar Number:** _____

**U.S. Attorney Information**
**AUSA:** K. Nathaniel Yeager  **Bar Number if applicable:** _____

**Interpreter:** [✓] Yes  [ ] No  **List language and/or dialect:** Spanish
**Victims:** [ ] Yes  [✓] No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  [ ] Yes  [ ] No
**Matter to be SEALED:** [ ] Yes  [✓] No

[ ] Warrant Requested  [ ] Regular Process  [✓] In Custody
**Location Status:** Wyatt
**Arrest Date:** 04/18/24

[✓] Already in Federal Custody as of  04/18/24  in  El Monte, California
[ ] Already in State Custody at _____  [ ] Serving Sentence  [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:**  [ ] Complaint  [ ] Information  [✓] Indictment
**Total # of Counts:**  [ ] Petty ___  [ ] Misdemeanor ___  [✓] Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

[✓] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 6/20/2024  **Signature of AUSA:** /s/

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Jese Alberto Hernandez Mendoza

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §846 | Conspiracy to Distrib. and PWID Methamphetamine | 1 |
| Set 2 | 21 U.S.C. §841(a)(1) | Distrib. of Methamphetamine | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013